UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

ANTHONY LEE BROWN,
EL's Trust,

      Plaintiff,

v.

                                    No. 6:25-CV-077-H

STATE OF TEXAS,
County of Tom Green,

      Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to prosecute. Dkt. No. 20. The Court received public correspondence advising that the plaintiff is deceased and seeking closure of this action. *Id.* at 1. But no substitute party has been identified, and neither the plaintiff nor his counsel responded to the Court's order to file a notice of intent. *Id.* at 1–2; Dkt. No. 19. The Court received no objections to the FCR, and the plaintiff has taken no action in this case since October 7, 2025. *See* Dkt. No. 15.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendant are dismissed without prejudice for failure to prosecute.

– 2 –

So ordered on May 6, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE